UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| | Case No. 15-30448-MSH |
| ZULFIQAR A. YUSUF | |
| Debtor | |

# EXHIBIT "A"

## NOTICE OF INTENDED PRIVATE SALE OF PROPERTY, SOLICITATION OF COUNTEROFFERS, AND DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE

Within Fifteen (15) days of the Court's allowance of this Motion IS THE DATE OF THE PROPOSED SALE.

**December 1, 2016 at 4:30 pm IS THE DATE BY WHICH OBJECTIONS OR HIGHER OFFERS MUST BE MADE.**

**Notice** is hereby given, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR Rules 2002-5 and 6004-1, that Gary M. Weiner, Chapter 7 Trustee (the "Trustee") of the Estate of Zulfiqar A. Yusuf (the "Debtor") intends to sell at private sale all of the Debtor's right, title, and interest in certain real property of the Estate.

**PROPERTY TO BE SOLD:**

The real property located at 55 Glenn Drive, Wilbraham, Hampden County, Massachusetts (the "Property") more specifically identified in the purchase and sale agreement attached as Exhibit "B" to the Trustee's Motion for Order Approving Private Sale of Property of the Estate Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363(b) and (f) (the "Motion to Approve Sale").

Notice of Intended Sale
In re Zulfiqar A. Yusuf
Case No. 15-30448-MSH
Page 2

**THE OFFER**:

The Trustee has received an offer to purchase the Property for the sum of Two Hundred Fifteen Thousand and 00/100 ($215,000.00) Dollars.

**THE PROPOSED BUYERS**:

The proposed buyer is Yvonne Grondin (the "Buyer") of 434 Moore Street, Ludlow, Massachusetts. Upon information and belief, the Buyer has no connection with the Debtor or the Trustee, and is not an insider as that term is defined in 11 U.S.C. § 101(31).

**THE SALE DATE**:

The sale shall take place within fifteen (15) days of the Court's allowance of the Trustee's Motion to Approve Sale. The terms of the proposed sale are more particularly described in the Motion to Approve Sale filed with the Court on November 8, 2016.

**SALE FREE AND CLEAR OF LIENS**:

The Property will be sold free and clear of all liens, claims, and encumbrances. Any perfected, enforceable valid lien shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS**:

Any objections to the sale and/or higher offers must be filed in writing with the Clerk of the United States Bankruptcy Court, United States Courthouse, 300 State Street, Suite 220, Springfield, MA 01105 on or before December 1, 2016 at 4:30 p.m. (the "Objection Deadline"). Copies of the objection and/or higher offer shall be served upon counsel to the Trustee, Gary M. Weiner, Esq., Weiner Law Firm, P.C., 1441 Main Street, Suite 610, Springfield, MA 01103 and

Case 15-30448    Doc 46-1    Filed 11/08/16    Entered 11/08/16 14:01:50    Desc Exhibit
A - Notice of Sale    Page 3 of 4

Notice of Intended Sale
In re Zulfiqar A. Yusuf
Case No. 15-30448-MSH
Page 3

to the Buyer's' counsel, Peter Connor, Esq., Lyon & Fitzpatrick, LLP 14 Bobola Road, Suite 4, Holyoke, MA 01040.  Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.  Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014.

**Through this Notice, higher offers for the Property are hereby solicited.  Any higher offer must be no less than $225,750.00 and accompanied by a deposit of $20,000.00 in the form of a certified or bank check made payable to the undersigned.  Higher offers must be on the same terms and conditions noted herein.**

**HEARING:**

A hearing on the Motion to Approve Sale is scheduled to take place on Monday December 5, 2016 at 2:00 p.m. before the Honorable Melvin S. Hoffman, United States Bankruptcy Judge at the **United States Bankruptcy Court, United States Courthouse, 300 State Street, Berkshire Courtroom, Springfield, MA 01105**.  Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken.

The Court may take evidence at any hearing on approval of the sale to resolve issues of fact.  If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without a hearing.

At the hearing on the sale the Court may 1) consider any requests to strike a higher offer, 2) determine further terms and conditions of the sale, 3) determine the requirements for further competitive bidding, and 4) require one or more rounds of sealed or open bids from the original offeror and any other qualified offeror.

Case 15-30448    Doc 46-1    Filed 11/08/16    Entered 11/08/16 14:01:50    Desc Exhibit
A - Notice of Sale    Page 4 of 4

Notice of Intended Sale
In re Zulfiqar A. Yusuf
Case No. 15-30448-MSH
Page 4

**DEPOSIT**:

The deposit will be forfeited to the Estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the buyer approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

A copy of the Trustee's Motion to Approve Sale and the Purchase and Sales Agreement are available upon request. Any questions concerning the intended sale shall be addressed to the undersigned.

    GARY M. WEINER, ESQ., Chapter 7 Trustee
    Of the Estate of Zulfiqar A. Yusuf,
    By his Counsel,

    /s/ Gary M. Weiner
    Gary M. Weiner, Esq., BBO # 548341
    WEINER LAW FIRM, P.C.
    95 State Street, Suite 918
    Springfield, MA 01103
    Tel. (413) 732-6840
    Fax. (413) 785-5666
    Email: Gweiner@Weinerlegal.com
    Date: November 8, 2016