UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 7 |
| | ) | Case No. 15-30448-MSH |
| ZULFIQAR A. YUSUF | ) | |
| Debtor | ) | |
| | ) | |

### TRUSTEE'S MOTION FOR ORDER APPROVING PRIVATE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(b), (f) and (h)

Now comes Gary M. Weiner, Esq., Chapter 7 Trustee (the "Trustee") of the Estate of Zulfiqar A. Yusuf (the "Debtor"), by and through his counsel, Weiner Law Firm, P.C., and hereby moves, pursuant to Bankruptcy Code § 363(b), (f) and (h), and Bankruptcy Rule 6004(c) for authority to sell, by private sale, certain real property belonging to the bankruptcy estate (the "Estate"), located at  55 Glenn Drive, Wilbraham, Hampden County, Massachusetts, free and clear of all liens, encumbrances and claims of every kind and description, to Yvonne Grondin (the "Buyer") of  434 Moore Street, Ludlow, Massachusetts, or her nominee for the sum of $215,000.00,  as set forth in more detail below.  A corresponding Notice of Intended Private Sale of Property, Solicitation of Counteroffers, and Deadline for Submitting Objections and Higher Offers and Hearing Date (the "Notice of Intended Sale") is attached as Exhibit "A" to this Motion.  In support of this Motion, the Trustee respectfully states as follows:

1.  On May 19, 2015, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2.  On or about May 20, 2015, Gary M. Weiner, Esq. was appointed Chapter 7 Trustee in this case, and he continues to serve in that capacity.

3.  The matters set forth herein constitute core proceedings pursuant to 28 U.S.C. § 157(b) (2) (N).

12/02/2016 GRANTED. NO OBJECTIONS HAVE BEEN FILED. THE HEARING SET FOR DECEMBER 5, 2016 IS CANCELED. THE TRUSTEE MAY SUBMIT A FURTHER PROPOSED ORDER WITHIN 7 (SEVEN) DAYS.